# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INN-SPIRED INVESTMENTS INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-240-JO-WVG<br><br>**ORDER RESETTING TELEPHONIC STATUS CONFERENCE** |

Due to a change in its availability, the Court RESETS the 1:00 p.m. May 27, 2022 attorneys-only Telephonic Status Conference to **Friday, May 27, 2022 at 2:30 p.m.** No other dates as set forth in the operative April 12, 2022 Order Setting Early Neutral Evaluation Conference and Telephonic Status Conference will be disturbed. (Doc. No. 8.)

**IT IS SO ORDERED.**

DATED: April 29, 2022

　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge