1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>INN-SPIRED INVESTMENTS, INC., a California corporation dba Best Western Escondido Hotel,<br><br>Defendants. | Case No. 3:22-cv-00240-JO-WVG<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 22, 2022<br>Trial Date: None<br>District Judge: Hon. Jinsook Ohta<br>Courtroom 4C, San Diego<br>Magistrate Judge: Hon. William V. Gallo<br>Suite 2125, San Diego |

1 |     The Court, having considered the Joint Motion of Dismissal pursuant to
2 | Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that
3 | this entire action shall be dismissed with prejudice.  Each party is to bear her or its
4 | own attorneys' fees, expert fees, and costs.
5 | **IT IS SO ORDERED.**
6 |
7 | DATED: 5/13/22
8 |                                 Hon. Jinsook Ohta
                                United States District Court Judge